159 A.3d 944

AVALON COUNTRY CLUB AT SHARON, INC., Petitioner

v.

DEPARTMENT OF HEALTH, Bureau of Health
Promotion and Risk Reduction, Respondent

No. 214 WAL 2016

Supreme Court of Pennsylvania.

October 25, 2016

182

## ORDER

PER CURIAM

**AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.